**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MELISSA MILWARD;  ELYSE UGALDE;
and ASHLEY ROSE,

        Plaintiffs,

       v.                          Case No.: 6:15-cv-00785-GAP-TBS

DISTRICT BOARD OF TRUSTEES
OF VALENCIA COLLEGE, FLORIDA;
BARBARA BALL;  LINDA SHAHEEN;
MAUREEN BUGNACKI; and SUDA AMODT,

        Defendants.

_____/

## JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, MELISSA MILWARD, ELYSE UGALDE and ASHLEY ROSE, and Defendants DISTRICT BOARD OF TRUSTEES OF VALENCIA COLLEGE, FLORIDA, BARBARA BALL, LINDA SHAHEEN, MAUREEN BUGNACKI; and SUDA AMODT (collectively, "the Parties"), pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure,* respectfully inform this Honorable Court and stipulate that:

1.    The Parties have amicably resolved all claims, allegations, contentions and disputes that are in any way related to, arising from or based upon any of the transactions or occurrences at issue, alleged or referenced in this action.

2.    The Parties have agreed to bear their own attorneys' fees, expert fees and costs in any way related to this action.

3.    The Parties jointly stipulate to the dismissal with prejudice of this entire action.

**WHEREFORE**, the Parties respectfully request the Court to render an Order dismissing this entire action with prejudice, denying any and all pending motions as moot, and directing the Clerk of Court to close the case.

Respectfully submitted this 27th day of October, 2017.

*Gary S. Edinger*
GARY S. EDINGER, ESQ.
Florida Bar No.: 0606812
GSEdinger12@gmail.com
Benjamin, Aaronson, Edinger
& Patanzo, P.A.
305 NE 1st Street
Gainesville, FL 32601
(352) 338-4440 Telephone
(352) 337-0696 Facsimile

CHRISTIAN PISTILLI, ESQ.
cpistilli@cov.com
MATTHEW KUDZIN, ESQ.
mkudzin@cov.com
Covington & Burling, LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
(202) 662-6291
*Counsel for Plaintiffs*

*Richard E. Mitchell*
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
Richard.Mitchell@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Post Office Box 3068 (32802-3068)
Orlando, FL 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
*Lead Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2017, a true and correct copy of the foregoing has been served via e-mail to: Gary S. Edinger, Esq., gsedinger12@gmail.com; and Matthew Kudzin, Esq., mkudzin@cov.com.

*Richard E. Mitchell*
Richard E. Mitchell, Esq.
GrayRobinson, P.A.

2